In the Matter of the Probate of the Will of ANNIE LANDWEHR, Deceased. CHARLES LANDWEHR et al., Appellants; DORA LANDWEHR, Respondent.— Decree of the Surrogate's Court, Richmond County, entered on the verdict of a jury denying probate of a document submitted by appellants as the last will and testament of Annie Landwehr, deceased, unanimously affirmed, with costs to the respondent, payable by the appellants personally. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

In the Matter of the Adoption of RONALD N. MARTIN, a Minor under the Age of Fourteen Years, by THOMAS MASTANDREA et al., Respondents; ELIZABETH I. MARQUES, an Infant, by Her Special Guardian THEODORE I. WELENKEN, Appellant.— In an adoption proceeding, the natural mother of the infant sought to be adopted appeals from an order of the Surrogate's Court, Queens County, which overruled her objections and granted the petition for adoption. Order reversed on the law and the facts, without costs, and the petition denied, without costs. In our opinion respondents failed to establish such an abandonment of the infant by its natural mother as authorized the order of adoption, in the absence of the mother's consent thereto. (Domestic Relations Law, § 111.) The instrument executed and acknowledged by her at the time the infant was surrendered to them was not the consent contemplated by section 112 of the statute. The moral and temporal welfare of the infant may not be here considered, and we express no opinion on that subject or on the question of the infant's custody. Close, P. J., Hagarty, Carswell and Lewis, JJ., concur; Adel, J., dissents and votes to affirm.

In the Matter of the Application of EMMA C. BOETTICHER to Restrain AUGUSTA JOHNSON from Causing the Issuance of Execution on a Decree of the Suffolk County Surrogate's Court, Approving the Accounts of Trustees under the Will of CHARLES J. TAGLIABUE, Deceased. EMMA C. BOETTICHER et al., as Trustees under the Will of CHARLES J. TAGLIABUE, Deceased, Respondents; AUGUSTA JOHNSON, Appellant.— Order of the Surrogate's Court of Suffolk County restraining appellant from causing execution to issue on a decree entered by that court on August 10, 1943, or on any judgment filed or docketed in the office of the Clerk of the County of Kings based on that decree, and also vacating and setting aside a transcript issued by the Clerk of the said Surrogate's Court, affirmed, without costs. No opinion. Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.